SAMUEL NUSSBAUM, COMPLAINANT–RESPONDENT, v.
JOSEPH HETZER AND MARY HETZER, HIS WIFE,
DEFENDANTS–APPELLANTS.

Argued September 20, 1948—Decided October 4, 1948.

28

Mr. *Albert S. Gross* argued the cause for defendants-appellants.

Mr. *Jack Rinzler* argued the cause for complainant-respondent (*Mr. Aubrey J. Elias* on the brief).

PER CURIAM. The decree appealed from is affirmed for the reasons expressed in the opinion filed in the court below by Vice Chancellor Grimshaw.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD and BURLING—5.

*For reversal:* None.